IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARSHA RUDDELL BROWN | ) |
|     Plaintiff | ) |
| v. | ) CAUSE NO. 1:14-cv-00931-JMS-DML |
| BMW OF NORTH AMERICA, LLC | ) |
|     Defendant | ) |

**DEFENDANT BMW OF NORTH AMERICA, LLC'S MOTION FOR COSTS**

Pursuant to Fed.R.Civ.P. 54(d)(1) and S.D. Ind. L.R. 54-1, and the issuance of final judgment consistent with the jury's verdict [Filing No. 235], Defendant BMW of North America, LLC ("BMW NA") moves for an Order awarding costs in its favor and against Plaintiff.

I. **BACKGROUND**

Fed. R. Civ. P. 54(d)(1) states that "costs…should be allowed to the prevailing party." The Seventh Circuit has held that there is a "strong presumption" that the prevailing party should recover costs. *Weeks v. Samsung Heavy Industries Co., Ltd.*, 126 F.3d 926, 945 (7th Cir. 1997). And the presumption in favor of awarding costs to the prevailing party "is difficult to overcome, and the district court's discretion is narrowly confined—the court must award costs unless it states good reasons for denying them." *Id*. Recoverable costs are outlined in 28 U.S.C. § 1920 and include fees and costs for: (1) clerk and marshal, (2) court reporters/ transcripts, (3) witnesses, (4) exemplification and copies, (5) docket fees, and (6) interpreters and court-appointed experts.

The jury's verdict in favor of BMW NA in this complex automotive product liability case came after three and half years of expensive, protracted litigation involving significant fact and

expert discovery and including a failed mediation that was suggested by BMW NA in effort to avoid additional litigation and trial. This Court will also recall that it was not until the Final Pre-trial Conference that Plaintiff's counsel narrowed their defect theories (voluntarily dropping two of three theories). While Plaintiff's change in course allowed for a reduction in trial length, Plaintiff's change occurred only after substantial expert discovery and less than 30 days before trial. As such, significant costs were incurred by BMW NA in defending Plaintiff's claims in this case up to including trial. BMW NA seeks recovery of some of these costs pursuant to its rights under Fed.R.Civ.P. 54(d)(1).

## II.     ITEMIZATION OF COSTS

### A.  Total

As itemized below, and as set out in the Bill of Costs Form AO 133 attached hereto as Exhibit A declared and signed by counsel for BMW NA under penalty of perjury in accordance with 28 U.S.C. § 1924 and S.D. Ind. L.R. 54-1, the amount requested by BMW NA is $200,833.79.[1]

| TABLE 1: BMW NA'S ITEMIZED COSTS | |
| --- | --- |
| **Taxable Cost** | **Costs Requested** |
| 28 U.S.C. § 1920(2): Fees for Court Reporters and Transcripts | **$12,335.48** |
| 28 U.S.C. § 1920(3): Fees for Witnesses | **$146,201.47** |
| 28 U.S.C. § 1920(4): Fees for Exemplification and Copies | **$42,296.84** |
| Total: | **$200,833.79** |

---

[1] On Thursday, Nov 2, 2017, BMW NA moved for a brief extension to provide the Court with its Bill of Costs pursuant to S.D. L.R. 54-1 [Filing No. 237]. As of the filing of this Motion for Costs, the Court had not yet ruled on BMW NA's motion for a brief extension. The motion for a time extension was filed because invoices for costs up to and including trial, namely from BMW NA's outside experts, have not yet been received by counsel despite requests. Consequently, the information provided by counsel for BMW NA in this motion is provided based on the best information available as of the time of filing. BMW NA will supplement this Motion and its bill of costs based on additional information (and corresponding costs incurred) as it becomes available.

### B. 28 U.S.C. § 1920(2): Fees for Court Reporters and Transcripts

Deposition costs, including transcripts, are recoverable costs under 28 U.S.C. § 1920(2). Allowable deposition costs include transcript fees, court reporter costs, and videotaping fees. *See Swan Lake Holdings, LLC v. Yamaha Golf-Car Co.*, Case No. 3:09-CV-228, 2011 WL 1869389 at *4 (N.D. Ind.) (citing *Cengr v. Fuisbond Piping Sys., Inc.*, 135 F.3d 445, 454 (7th Cir. 1998). The transcripts need only be reasonably necessary for use in the case, determined based on the facts known at the time of the deposition. *See M.T. Bonk Co. v, Milton Bradly Co.*, 945 F.2d 1404, 1410 (7th Cir. 1991) ("the determination of necessity must be made in light of facts known at the time of the deposition, and the introduction of a deposition at trial is not a prerequisite for finding that it was necessary to take the deposition").

BMW NA submits that all the fact and expert witness depositions taken in this case were reasonably necessary. Substantial investigation and discovery was necessary to defend Plaintiff's technical automotive product liability claims, and each of these depositions played an important part in BMW NA's investigation into, preparation and defense of, Plaintiff's allegations in this case. Moreover, trial transcripts obtained by BMW NA, which are also recoverable under 28 U.S.C. § 1920(2), were necessary to prepare for cross-examination of witnesses, direct examination preparation of BMW NA's witnesses and closing statements. *See Weeks*, 126 F.3d at 945.

| TABLE 2: § 1920(2) FEES FOR COURT REPORTERS AND TRANSCRIPTS | | | |
|---|---|---|---|
| **Date** | **Description** | **Actual Cost** | **Requested Costs** |
| 9/22/2017 | Hearing Transcript | $567.45 | |
| 9/22/2017 | Hearing Transcript | $33.95 | |
| 10/16/2017 | Plaintiff and Defendant Opening Statements | $187.55 | |

3

| | | | |
|---|---|---|---|
| 10/16/2017 | Jimmy Hamby Testimony | $102.85 | |
| 10/16/2017 | Damon Baker Testimony | $229.90 | |
| 10/17/2017 | Shawn Gyorke Testimony | $931.70 | |
| 10/18/2017 | Gary Whitman Testimony | $1,240.25 | |
| 10/19/2017 | Sri Kumar Testimony | $1,076.90 | |
| 10/9/2017 | Deposition transcript of Marshall Poor MD | $145.67 | |
| 8/8/2016 | Deposition transcript of G. Whitman on 7/15/16 | $818.77 | |
| 9/2/2016 | Deposition transcript of S. Kumar on 7/29/16 | $829.06 | |
| 9/29/2016 | Deposition transcript of M. Klima on 9/14/16 | $390.39 | |
| 9/26/2016 | Deposition transcript of G. Stephens on 9/08/16 | $190.80 | |
| 11/10/2016 | Deposition transcript of Dr. R. Banks on 10/12/16 | $216.75 | |
| 12/7/2016 | Deposition transcript of J. Croteau on 10/05/16 | $217.00 | |
| 2/12/2016 | Deposition transcript of M. Ruddell Brown on 1/28/16 | $1,102.82 | |
| 12/23/2015 | Deposition transcript of N. Brown on 12/09/15 | $896.97 | |
| 9/9/2016 | Deposition transcript of S. Gyorke on 8/18/16 | $529.45 | |
| 12/23/2015 | Deposition transcripts of C. Roach; K. Sanders on 12/14/15 | $609.17 | |
| 12/16/2015 | Deposition transcripts of J. Hamby, Jr.; J. Graves; J. Whaley; D. Baker on 11/12/15 | $2,018.08 | |
| | | Total: | $12,335.48 |

### C. 28 U.S.C. § 1920(3): Fees for Witnesses

Pursuant to 28 U.S.C. § 1920(3), lay and expert witness fees for attending court hearings, depositions, and trial are reimbursable at $40/ day. 28 U.S.C. § 1821(b) ("A witness shall be paid an attendance fee of $40 per day for each day's attendance."). Additionally, 28 U.S.C. § 1821 authorizes the award of costs for reasonable travel and subsistence expenses of witnesses. *See Majeske v. City of Chicago*, 218 F.3d 816, 825-826 (7th Cir. 2000). Travel costs recoverable are actual costs. *See* 28 U.S.C. § 1821(c)(1). Pursuant to 28 U.S.C. § 1821(d)(2), the GSA subsistence/incidental rate for Indianapolis, IN in October 2017 was $119/night for lodging, and

4

$54/day for meals and incidentals.[2] BMW NA, therefore, claims travel and subsistence costs for the following witnesses: Gregory Stephens, Jeffrey Croteau, Michael Klima, Dr. Robert Banks, and Peter Baur.

In addition to witness fees, the time spent by BMW NA's outside experts preparing for and giving testimony in their depositions, and preparing to testify at trial, are also recoverable costs 28 U.S.C. § 1920(3). *See LG Electronics U.S.A., Inc. v. Whirlpool Corp.*, Case No. 08 C-0242, 2011 WL 5008425 at *4-5 (N.D. Ill.) (citing cases and holding that costs associated with the time spent preparing for a deposition are recoverable); *see also*, *The Medicines Company v. Mylan Inc., et al.*, Case No. 11-cv-1285, 2017 WL 4882379 (October 30, 2017) (where the court, pursuant to Fed.R.Civ.P. 54(d)(1), awarded costs to a prevailing defendant for, among other things, expert witness deposition preparation). Factors for a court to consider in determining the reasonableness of the expert's fees include, among others, their area of expertise, education and training, prevailing rates for other similarly qualified experts, and the complexity of the issues. *See SP Technologies, LLC v. Garmin International, Inc.*, Case No. 08-CV-3248, 2014 WL 300987 at *8 (N.D. Ill).

The hourly rates charged by BMW NA's experts[3] are reasonable given each witnesses' area of expertise, their education and credentials, and the significant experience necessary to offer testimony in their respective fields. Plaintiff advanced highly technical claims against BMW NA, necessitating the retention of experts in the fields of automotive restrain design, occupant kinematics and vehicle structures, accident reconstruction, and biomechanics.

---

[2] See GSA "FY 2018 Per Diem Rates for Indiana:" https://www.gsa.gov/travel/plan-book/per-diem-rates/per-diem-rates-lookup/?action=perdiems_report&state=IN&fiscal_year=2018&zip=&city=Indianapolis.
[3] Defendant's experts hourly rates are as follows: Robert Banks, MD $674 per hour; Jeffrey Croteau, $425 per hour; Michael Klima, $395 per hour; and Gregory Stephens $325 per hour (2017) and $295 per hour (2016)..

| TABLE 3: § 1920(3) FEES FOR WITNESSES ||||||
|---|---|---|---|---|
| **Witness** | **Date** | **Description** | **Actual Cost** | **Requested Costs** |
| C. Roach | 10/5/2017 | Jury trial witness fee | $101.25 | |
| D. Baker | 10/5/2017 | Jury trial witness fee | $88.02 | |
| J. Hamby | 10/5/2017 | Jury trial witness fee | $88.02 | |
| J. Graves | 10/5/2017 | Jury trial witness fee | $88.51 | |
| J. Whaley | 10/5/2017 | Jury trial witness fee | $94.39 | |
| C. Roach | 12/2/2015 | Deposition fee | $10.00 | |
| D. Baker | 11/5/2015 | Deposition fee | $25.00 | |
| J. Hamby | 11/5/2015 | Deposition fee | $25.00 | |
| J. Graves | 11/5/2015 | Deposition fee | $25.00 | |
| K. Sanders | 12/2/2015 | Deposition fee | $10.00 | |
| N. Brown | 11/30/2015 | Deposition fee | $10.00 | |
| M. Klima | 10/13/2017 | Trial Preparation | $513.5 | |
| M. Klima | 10/16/2017 | Trial Preparation | $158.00 | |
| M. Klima | 10/17/2017 | Trial Preparation | $474.00 | |
| M. Klima | 10/19/2017 | Trial Preparation | $4,463.50 | |
| M. Klima | 10/20/2017 | Trial Preparation | $4,700.50 | |
| M. Klima | 9/12/2016 | Deposition preparation | $2,804.50 | |
| M. Klima | 9/13/2016 | Deposition preparation | $2,883.50 | |
| M. Klima | 9/14/2016 | Deposition Preparation | $2,251.50 | |
| M. Klima | 10/4/2016 | Deposition | $316.00 | |
| M. Klima | 10/20/2017 | Trial – travel | $1,223.69 | |
| M. Klima | 10/19/2017 | Trial – travel / hotel + meals | $173.00 | |
| Dr. Banks | 10/9/2016 | Deposition preparation | $2,227.50 | |
| Dr. Banks | 10/10/2016 | Deposition preparation | $5,265.00 | |
| Dr. Banks | 10/11/2016 | Deposition preparation | $1,890.00 | |
| Dr. Banks | 10/11/2016 | Deposition preparation | $4,050.00 | |
| Dr. Banks | 10/12/2016 | Deposition testimony | $1,822.50 | |
| Dr. Banks | 10/12/2016 | Deposition testimony travel | $1,012.50 | |
| Dr. Banks | 10/12/2016 | Deposition preparation | $472.50 | |
| Dr. Banks | 11/21/2016 | Deposition transcript errata | $1,687.50 | |
| Dr. Banks | 11/22/2016 | Deposition transcript errata | $270.00 | |
| Dr. Banks | 9/25/2017 | Trial preparation | $337.50 | |
| Dr. Banks | 9/26/2017 | Trial Preparation | $405.00 | |
| Dr. Banks | 10/3/2017 | Trial preparation | $607.50 | |
| Dr. Banks | 10/4/2017 | Trial preparation | $1,890.00 | |
| Dr. Banks | 10/5/2017 | Trial preparation | $2,835.00 | |
| Dr. Banks | 10/11/2017 | Trial preparation | $405.00 | |
| Dr. Banks | 10/11/2017 | Trial preparation | $607.50 | |
| Dr. Banks | 10/12/2017 | Trial preparation | $742.50 | |
| Dr. Banks | 10/17/2017 | Trial preparation | $3,712.50 | |

| Name | Date | Description | Amount | |
|---|---|---|---|---|
| Dr. Banks | 10/18/2017 | Trial preparation | $3,712.50 | |
| Dr. Banks | 10/19/2017 | Trial preparation | $675.00 | |
| Dr. Banks | 10/20/2017 | Trial preparation | $5,602.50 | |
| Dr. Banks | 10/21/2017 | Trial preparation | $675.00 | |
| Dr. Banks | 10/21/2017 | Trial - travel | $5,062.50 | |
| Dr. Banks | 10/21/2017 | Trial – travel / hotel + meals | $173.00 | |
| Dr. Banks | 10/22/2017 | Trial preparation | $5,332.50 | |
| Dr. Banks | 10/22/2017 | Trial - travel / airfare | $1,326.36 | |
| Dr. Banks | 10/22/2017 | Trial - travel / taxi | $105.00 | |
| Dr. Banks | 10/22/2017 | Trial - travel / hotel + meal | $173.00 | |
| Dr. Banks | 10/23/2017 | Trial - travel | $540.00 | |
| Dr. Banks | 10/23/2017 | Trial - travel | $6,210.00 | |
| Dr. Banks | 10/23/2017 | Trial testimony | $2,565.00 | |
| J. Croteau | 10/3/2016 | Deposition preparation | $1,912.50 | |
| J. Croteau | 10/4/2016 | Deposition preparation | $4,462.50 | |
| J. Croteau | 10/5/2016 | Deposition preparation | $2,762.50 | |
| J. Croteau | 10/5/2016 | Deposition testimony | $1,062.50 | |
| J. Croteau | 10/5/2016 | Deposition – travel / parking | $38.00 | |
| J. Croteau | 9/26/2017 | Trial preparation | $637.50 | |
| J. Croteau | 9/27/2017 | Trial preparation | $637.50 | |
| J. Croteau | 10/2/2017 | Trial preparation | $850.00 | |
| J. Croteau | 10/3/2017 | Trial preparation | $1,275.00 | |
| J. Croteau | 10/4/2017 | Trial preparation | $1,275.00 | |
| J. Croteau | 10/5/2017 | Trial preparation | $1,912.50 | |
| J. Croteau | 10/11/2017 | Trial preparation | $1,487.50 | |
| J. Croteau | 10/13/2017 | Trial preparation | $1,275.00 | |
| J. Croteau | 10/16/2017 | Trial preparation | $1,912.50 | |
| J. Croteau | 10/17/2017 | Trial – travel / airfare | $421.20 | |
| J. Croteau | 10/18/2017 | Trial preparation | $2,762.50 | |
| J. Croteau | 10/18/2017 | Trial – travel / Uber | $20.53 | |
| J. Croteau | 10/19/2017 | Trial preparation | $4,887.50 | |
| J. Croteau | 10/19/2017 | Trial – travel / airfare | $735.80 | |
| J. Croteau | 10/19/2017 | Trial – travel/ hotel + meal | $173.00 | |
| J. Croteau | 10/20/2017 | Trial preparation | $3,612.50 | |
| J. Croteau | 10/20/2017 | Trial – travel / hotel + meal | $173.00 | |
| J. Croteau | 10/21/2017 | Trial – travel airport parking | $120.00 | |
| J. Croteau | 10/21/2017 | Trial – travel / hotel + meal | $173.00 | |
| J. Croteau | 10/21/2017 | Trial – travel / mileage | $34.78 | |
| J. Croteau | 10/21/2017 | Trial – travel / tolls | $7.90 | |
| J. Croteau | 10/21/2017 | Trial – travel / Uber | $25.52 | |
| G. Stephens | 8/31/2016 | Deposition preparation | $324.50 | |
| G. Stephens | 9/6/2016 | Deposition preparation | $1,740.50 | |
| G. Stephens | 9/7/2016 | Deposition preparation | $2,625.50 | |
| G. Stephens | 9/8/2016 | Deposition preparation | $1,445.50 | |
| G. Stephens | 9/21/2016 | Deposition testimony | $442.50 | |

| | | | | |
|---|---|---|---|---|
| G. Stephens | 9/8/2017 | Trial preparation | $130.00 | |
| G. Stephens | 9/14/2017 | Trial preparation | $357.50 | |
| G. Stephens | 9/22/2017 | Trial preparation | $227.50 | |
| G. Stephens | 10/6/2017 | Trial preparation | $260.00 | |
| G. Stephens | 10/9/2017 | Trial preparation | $422.50 | |
| G. Stephens | 10/12/2017 | Trial preparation | $2,697.50 | |
| G. Stephens | 10/13/2017 | Trial preparation | $2,015.00 | |
| G. Stephens | 10/14/2017 | Trial preparation | $1,820.00 | |
| G. Stephens | 10/15/2017 | Trial preparation | $1,040.00 | |
| G. Stephens | 10/16/2017 | Trial preparation | $1,820.00 | |
| G. Stephens | 10/18/2017 | Trial preparation | $3,542.50 | |
| G. Stephens | 10/19/2017 | Trial preparation | $3,965.00 | |
| G. Stephens | 10/20/2017 | Trial preparation and testimony | $3,412.50 | |
| G. Stephens | 10/19/2017 | Trial – travel / hotel + meals | $173.00 | |
| G. Stephens | 10/20/2017 | Trial – travel / hotel + meals | $173.00 | |
| | | | Total: | $146,201.47 |

### D. 28 U.S.C. § 1920(4): Fees for Exemplification and Copies

The court may tax "fees for exemplification and copies of papers necessarily obtained for use in the case." 28 U.S.C. § 1920(4); s*ee, e.g.*, *Haroco, Inc. v. Am. Nat'l Bank & Trust Co.*, 38 F.3d 1429, 1441 (7th Cir. 1994) (upholding the award of copying and exemplification fees on the basis of their reasonableness and necessity for use in the case). Copies must be "reasonably and prudently obtained—which depends on how things seemed when the expenditures were made, without the benefit of hindsight." *Nat'l Org. for Women, Inc., v. Scheidler*, 750 F.3d 696, 699 (7th Cir. 2014). The underlying documents do not need to be actually introduced at trial in order for the cost of copying to be recoverable. *Illinois v. Sangamo Const. Co.*, 657 F.2d 855, 867 (7th Cir. 1981). To recover these costs after trial a party is only required to provide "the best breakdown [of costs incurred] obtainable from retained records." *Northbrook Excess & Surplus Ins. Co. v. Procter & Gamble Co.*, 924 F.2d 633, 643 (7th Cir. 1991).

In addition to copies, fees are recoverable for exemplification costs under 28 U.S.C. § 1920(4). As the Seventh Circuit explained:

8

> So long as the means of presentation furthers the illustrative purpose of an exhibit, we believe it is potentially compensable as exemplification. This approach allows appropriate room for the more sophisticated types of multi-media presentations made possible by technological advances. Given the costs associated with some of these presentations, this is an area that Congress may wish to revisit and supply further guidance. But we find no limits inherent in the term "exemplification" that would permit a court to award costs for the more familiar means of illustration—models, charts, graphs, and the like—but preclude it from compensating a party for an animated reconstruction of an accident, for example, or other types of computer-based, multimedia displays.

*Cefalu v. Village of Elk Grove*, 211 F.3d 416, 428 (7th Cir. 2000)

As set out in Table 4, BMW NA seeks exemplification costs for several of its demonstrative trial exhibits. Demonstrative exhibits used in trials to aid fact finders have been held by courts in this circuit to be reasonably necessary. *See The Medicines Company*, 2017 WL 4882379 at *11; *Marctec, LLC v. Johnson & Johnson*, 2010 WL 669818, *3 (S.D. Ill.) (awarding exemplification costs for slide show presentation). As previously set out, this action, which arose from a high-speed rollover crash, involved highly technical automotive and engineering issues outside the purview of most lay people. The preparation and use of demonstrative exhibits including, but not limited to a to-scale, three-dimensional portion of an exemplar of the subject model 2007 Mini Cooper (known as a built-up component or "BUC"), accident reconstruction animation, and a diorama (scene model) were reasonable, prudent, and necessary for BMW NA, its counsel, and its experts to properly and succinctly present evidence during the trial to rebut Plaintiff's equally technical allegations (including from her own experts) in this case.

Further, BMW NA moves for costs associated with its use of a trial exhibit technician in the court room, which is also a recoverable exemplification cost. *See LG Elecs.*, 2011 WL 5008425 at *7, *see also The Medicines Company*, 2017 WL 4882379 at *12. The use of this technical consultant in preparation for trial and during trial, allowed for the smooth and

expeditious presentation of nearly all of BMW NA's trial exhibits including, but not limited to, video of crash tests, digital images of the accident scene, the post-crash condition of the subject 2007 Mini Cooper and various documents and power-point slides.

| TABLE 4: § 1920(4): FEES FOR EXEMPLIFICATION AND COPIES | | | |
|---|---|---|---|
| **Date** | **Description** | **Actual Cost** | **Requested Costs** |
| 7/31/2014 | Reproductions | $87.28 | |
| 8/31/2014 | Reproductions | $116.00 | |
| 9/30/2014 | Reproductions | $1.50 | |
| 11/30/2014 | Reproductions | $2.00 | |
| 12/31/2014 | Reproductions | $0.10 | |
| 1/31/2015 | Reproductions | $1.20 | |
| 2/28/2015 | Reproductions | $0.50 | |
| 3/31/2015 | Reproductions | $102.20 | |
| 4/30/2015 | Reproductions | $12.18 | |
| 5/31/2015 | Reproductions | $2.60 | |
| 6/30/2015 | Reproductions | $34.00 | |
| 7/31/2015 | Reproductions | $29.10 | |
| 8/31/2015 | Reproductions | $19.32 | |
| 9/30/2015 | Reproductions | $1.60 | |
| 10/31/2015 | Reproductions | $96.10 | |
| 11/30/2015 | Reproductions | $193.39 | |
| 12/31/2015 | Reproductions | $249.88 | |
| 1/31/2016 | Reproductions | $229.10 | |
| 2/28/2016 | Reproductions | $498.71 | |
| 3/31/2016 | Reproductions | $231.13 | |
| 4/30/2016 | Reproductions | $441.00 | |
| 5/31/2016 | Reproductions | $271.30 | |
| 6/30/2016 | Reproductions | $75.67 | |
| 7/31/2016 | Reproductions | $460.00 | |
| 8/31/2016 | Reproductions | $48.74 | |
| 9/30/2016 | Reproductions | $309.50 | |
| 10/31/2016 | Reproductions | $140.70 | |
| 11/30/2016 | Reproductions | $35.90 | |
| 12/31/2016 | Reproductions | $49.30 | |
| 1/31/2017 | Reproductions | $17.76 | |
| 2/28/2017 | Reproductions | $48.56 | |
| 3/31/2017 | Reproductions | $412.50 | |
| 4/30/2017 | Reproductions | $363.76 | |
| 5/31/2017 | Reproductions | $398.68 | |

| Date | Description | Amount | |
|---|---|---|---|
| 6/30/2017 | Reproductions | $264.30 | |
| 7/31/2017 | Reproductions | $5.60 | |
| 8/31/2017 | Reproductions | $29.20 | |
| 9/30/2017 | Reproductions | $1,211.70 | |
| 10/31/2017 | Reproductions | $2,092.34 | |
| 10/16/2017 | Exemplifications of G. Stephens trial exhibits | $3,380.00 | |
| 9/21/2017 | Trial exhibit technician-WJM | $92.00 | |
| 9/22/2017 | Trial exhibit technician-WJM | $231.25 | |
| 10/8/2017 | Trial exhibit technician-WJM | $185.00 | |
| 10/12/2017 | Trial exhibit technician-WJM | $1,480.00 | |
| 10/12/2017 | Trial travel / airfare | $382.20 | |
| 10/12/2017 | Trial – hotel + meals | $173.00 | |
| 10/13/2017 | Trial exhibit technician-WJM | $1,480.00 | |
| 10/13/2017 | Trial – hotel + meals | $173.00 | |
| 10/14/2017 | Trial exhibit technician-WJM | $1,480.00 | |
| 10/14/2017 | Trial – hotel + meals | $173.00 | |
| 10/15/2017 | Trial exhibit technician-WJM | $1,480.00 | |
| 10/15/2017 | Trial – hotel + meals | $173.00 | |
| 10/16/2017 | Trial exhibit technician-WJM | $2,220.00 | |
| 10/16/2017 | Trial – hotel + meals | $173.00 | |
| 10/17/2017 | Trial exhibit technician-WJM | $2,497.50 | |
| 10/17/2017 | Trial – hotel + meals | $173.00 | |
| 10/18/2017 | Trial exhibit technician-WJM | $2,127.50 | |
| 10/18/2017 | Trial – hotel + meals | $173.00 | |
| 10/19/2017 | Trial exhibit technician-WJM | $2,312.50 | |
| 10/19/2017 | Trial – hotel + meals | $173.00 | |
| 10/20/2017 | Trial exhibit technician-WJM | $1,665.00 | |
| 10/20/2017 | Trial – hotel + meals | $173.00 | |
| 10/22/2017 | Trial exhibit technician-WJM | $1,480.00 | |
| 10/22/2017 | Trial – hotel + meals | $173.00 | |
| 10/23/2017 | Trial exhibit technician-WJM | $1,665.00 | |
| 10/23/2017 | Trial – hotel + meals | $173.00 | |
| 10/24/2017 | Trial exhibit technician-WJM | $330.00 | |
| 10/24/2017 | Trial travel / airfare | $770.40 | |
| 4/26/2016 | Purchase of 2007 Mini Cooper Exemplar (used for BUC exhibit) | $6,551.09 | |
| | | **Total:** | **$42.296.84** |

### III. CONCLUSION

WHEREFORE, for the reasons set forth herein, BMW NA respectfully requests the Court enter an Order awarding costs in the amount of $ **$200,833.79.**

11

**BOWMAN AND BROOKE LLP**

BY: /s/ *Jeffrey T. Gorcyca*
    THOMAS P. BRANIGAN
    JEFFREY T. GORCYCA
    JOHN D. BLACK
    41000 Woodward Ave., Suite 200 East
    Bloomfield Hills, MI 48304
    248.205.3300 / 248.205.3399 fax
    tom.branigan@bowmanandbrooke.com
    jeffrey.gorcyca@bowmanandbrooke.com
    john.black@bowmanandbrooke.com

**FROST BROWN TODD LLC**

KEVIN C. SCHIFERL
ERIC A. RIEGNER
201 North Illinois Street, Suite 1900
Indianapolis, IN 46204-4236
317.237.3819/317.237.3900 (fax)
kschiferl@fbtlaw.com
eriegner@fbtlaw.com

*Attorneys for Defendant, BMW of North America, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2017, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

David V. Scott
Dave Scott, PLC
Counsel for Plaintiff
1338 Miller Lane
P.O. Box 99
New Albany, IN 47151-0099
502.593.0442
dave@crashsafety.us
davevscott@me.com

Christopher A. Moeller
Ken Nunn Law Office
Co-Counsel for Plaintiff
Franklin Place
104 S. Franklin Road
Bloomington, IN 47404
812.332.9451
chrism@kennunn.com
bsmith@kennunn.com

Kevin C. Schiferl
Frost Brown Todd LLC
Co-Counsel for Defendants
201 N. Illinois Street
Indianapolis, IN 46204-4236
317.237.3819
kschiferl@fbtlaw.com
eriegner@fbtlaw.com

**BOWMAN AND BROOKE LLP**

BY:/s/ *Jeffrey T. Gorcyca*
THOMAS P. BRANIGAN
JEFFREY T. GORCYCA
JOHN D. BLACK
Attorneys for Defendant, BMW of North America, LLC
41000 Woodward Ave., Suite 200 East
Bloomfield Hills, MI 48304
248.205.3300 / 248.205.3399 fax
tom.branigan@bowmanandbrooke.com
jeffrey.gorcyca@bowmanandbrooke.com
john.black@bowmanandbrooke.com